AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RITA R. THOMAS, )<br>        Plaintiff, )<br>         )<br>  v. )<br>         )<br>         )<br>GREEN POINT MORTGAGE FUNDING, )<br>BANK OF AMERICA HOME LOANS, LP and )<br>MORTGAGE ELECTRONIC REGISTRATION )<br>SYSTEMS, INC., **)**<br>        Defendants. ) | **JUDGMENT**<br>**CASE NO. 5:10-CV-365-D** |

**Decision by the Court.**

      **IT IS ORDERED, ADJUDGED AND DECREED THAT :**

That the court GRANTS the Defendants' Motions to Dismiss. The Plaintiff's complaint is DISMISSED without prejudice.

      **This Judgment Filed and Entered on June 16, 2011, and Copies to:**

      Rita R. Thomas (12521 Garden Tree Lane, Raleigh, NC 27614)
      Robert b. Cordle (Via CM/ECF Notice of Electronic Filing)
      Melissa A. Patterson (Via CM/ECF Notice of Electronic Filing)
      Jasmine C. Marchant (Via CM/ECF Notice of Electronic Filing)


June 16, 2011                                                 DENNIS IAVARONE, Clerk
Date                                                                    *Eastern District of North Carolina*

                                                                            /s/ Susan K. Edwards
*Wilmington, North Carolina*                               *(By) Deputy Clerk*